**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00176-IM** |
| **v.** | **INFORMATION** |
| **JOSE ARAGON JR.,** | **21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846** |
| **Defendant.** | **Forfeiture Allegation** |

**THE UNITED STATES ATTORNEY CHARGES:**

**<u>COUNT 1</u>**
**(Conspiracy to Distribute and Possess with Intent to Distribute**
**a Controlled Substance - Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846)**

Beginning on or about a date unknown to the Grand Jury and continuing until on or about April 1, 2024, within the District of Oregon and elsewhere, defendant **JOSE ARAGON JR**. did knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a controlled substance, to-wit: 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846.

///

**Information**                                                                                                          **Page 1**

## COUNT 2
### (Possession with the Intent to Distribute a Controlled Substance - Methamphetamine)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(A))

On or about April 1, 2024, within the District of Oregon, defendant **JOSE ARAGON JR**. did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

## FORFEITURE ALLEGATION
### (Controlled Substance Offense)

Upon conviction of an offense in Counts 1 and/or 2, defendant **JOSE ARAGON JR**. shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: May 7, 2024.                    Respectfully submitted,


                                       NATALIE K. WIGHT
                                       United States Attorney


                                       /s/ *Scott Kerin*
                                       SCOTT M. KERIN, OSB # 965128
                                       Assistant United States Attorney

**Information**                                                    **Page 2**